IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| v. | * * * | 1:19-CR-00387-ELR-CMS |
| ELOY ZURITA, JR., | * * | |
| Defendant. | * * | |

**O R D E R**

This matter is before the Court for consideration of Magistrate Judge Catherine M. Salinas' Report and Recommendation ("R&R") [Doc. 78] that Defendant's Motion to Suppress Evidence [Doc. 57] be denied.  In the time period allotted for the parties to object to the R&R, Defendant, by and through counsel, filed objections [Doc 81].  For the following reasons, the Court **ADOPTS** the R&R and **OVERRULES** Defendant's objections.

**I. Standard of Review**

The district court reviewing an R&R "shall make a *de novo* determination of those portions of the report or specified proposed finings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).  If neither party objects, the district

judge need only review the R&R for clear error and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  A party objecting to an R&R "must specifically identify those findings objected to.  Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted.).  If there are no specific objections made to factual findings made by the magistrate judge, there is no requirement that those findings be reviewed de novo. Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993).  Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1)(C), and may accept the recommendation if it is not clearly erroneous or contrary to the law. Fed. R. Crim. P. 59. In accordance with 28 U.S.C. § 636(b)(1)(C), and Rule 59 of the Federal Rules of Criminal Procedure, the Court has conducted a *de novo* review of those portions of the R&R to which Defendant objects and has reviewed the remainder of the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

**II. Discussion**

Defendant's objections to the R&R are based on his contentions that there were certain circumstances unknown to officers during an undercover drug transaction,

such as exactly who or how many drug couriers would be present [Doc. 81 at 1], and that the arresting officers' probable cause to arrest Defendant was based on the officers' observations of conduct imputed from Defendant's companion to him. [Id. at 1, 2.]

The Court agrees with the Magistrate Judge that there was ample probable cause for the officers' reasonable belief that both, Defendant and his companion were engaged in the trafficking of illegal drugs at the time of the arrests.

### III. Conclusion

After conducting a *de novo* review of those portions of the R&R to which Defendant objects and reviewing the remainder of the R&R for plain error, this Court finds that the Magistrate Judge's factual and legal conclusions are correct. Accordingly, the Court **OVERRULES** Defendant's Objections [Doc. 81], **ADOPTS** the R&R [Doc. 78] as the Opinion and Order of this Court, and **DENIES** Defendant's Motion to Suppress Evidence. [Doc 57].

Defendant is **directed to announce** within twenty-one (21) days of this Order, whether he intends to enter a plea or wishes to proceed to trial in this case.[1]

---

[1] This supersedes the Court's prior directive for Defendant to make his trial/plea announcement by September 25, 2020.

**SO ORDERED**, this 24th day of September, 2020.

                                                           */s/ Eleanor L. Ross*
                                                           Eleanor L. Ross
                                                           United States District Judge
                                                           Northern District of Georgia